Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cales & Fitzgerald PLLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Fitzgerald/Cales PLLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1856603** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**16515 S 40th Street**<br>**Phoenix, AZ 85048**<br>Number, Street, City, State & ZIP Code<br><br>**Maricopa**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Cales & Fitzgerald PLLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__5411__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Cales & Fitzgerald PLLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Cales & Fitzgerald PLLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2020**
MM / DD / YYYY

**X /s/ Star Grass LLC**
Signature of authorized representative of debtor

**Star Grass LLC**
Printed name

Title **Authorized Agent**

Email Address of debtor

**18. Signature of attorney**

**X /s/ Kenneth W. Schutt, Jr.**
Signature of attorney for debtor

Date **September 29, 2020**
MM / DD / YYYY

**Kenneth W. Schutt, Jr. 007497**
Printed name

**Schutt Law, PLC**
Firm name

**8817 E. Bell Road, Suite 201**
**Scottsdale, AZ 85260**
Number, Street, City, State & ZIP Code

Contact phone **(480) 991-8777**  Email address **ken@schuttlaw.net**

**007497 AZ**
Bar number and State

Cales & Fitzgerald PLLC -

ALAN HOELSCHER
23024 NORTH 21ST WAY
PHOENIX AZ 85024-7514


ALEXANDER CRABBS
8343 WEST MOLLY LANE
PEORIA AZ 85383


ALI GHAZANFARI
5129 NORTH 34TH PLACE
PHOENIX AZ 85018


AMBER STEWARD
4440 EAST ARBOR DRIVE
GILBERT AZ 85298


AMY M TAYLOR
6168 WEST MEGAN STREET
CHANDLER AZ 85226


ANDREW DAVIS
801 N. FEDERAL ST., #1090
CHANDLER AZ 85226


ANNETTE RONNE
6233 WEST NANCY ROAD
GLENDALE AZ 85306


ANU LOVECCHIO
680 EAST COLTER STREET
PHOENIX AZ 85012


ARIZONA AG
2005 N CENTRAL AVENUE
ATTN: FRAUD DIVISION/BANKRUPTCY
PHOENIX AZ 85004


ARIZONA DOR
ATTN: BANKRUPTCY DEPT
1600 W MONOE ST
PHOENIX AZ 85007


ASHLEY E MCCOWN
5344 EAST CATALINA AVENUE
MESA AZ 85206

Cales & Fitzgerald PLLC -

ASHLEY WALTON
23071 NORTH 89TH PLACE
SCOTTSDALE AZ 85255

BOBBIE MUTSAERS
95 N. COOPER RD. #48
CHANDLER AZ 85225

BRENDA WIECK
11205 WEST ASHBROOK PLACE
AVONDALE AZ 85392

BRETT LOCKWOOD
2777 SOUTH ARIZONA AVENUE #1064
FOUNTAIN HILLS AZ 85268

BRIAN S JOSEPH
3750 EAST BRUCE COURT
GILBERT AZ 85234

BRITT COYLE

BYLINE BANK
ATTN: BANKRUPTCY DEPT
180 NORTH LASALLE STREET
CHICAGO IL 60601

CAMILA V KING
16410 NORTH 2ND DRIVE
MESA AZ 85203

CARLA JONES
3180 EAST WATERMAN COURT
GILBERT AZ 85297

CHRISTINE P OLLIVE
2332 N. CABOT CIRCLE
MESA AZ 85207

CHRISTOPHER SCHIBI
3330 SOUTH GILBERT ROAD #1078
CHANDLER AZ 85286

Cales & Fitzgerald PLLC -


CHUCK HANEY
3104 E CAMELBACK ROAD #624
PHOENIX AZ 85016


CODY D FULP
2726 EAST ESCUDA
PHOENIX AZ 85050


COX COMMUNICATIONS
DEPT #102285  ATTN" BANKRUTPCY DEPT
POBOX 1259
OAKS PA 19456


CYNTHIA HARRIS
7025 EAST VIA SOLERI DRIVE #4025
SCOTTSDALE AZ 85251


CYNTHIA ROHAN
10226 SOUTH 44TH LANE
LAVEEN AZ 85339


DARCY BERGEN
9315 WEST AVENIDA DEL SOL
PEORIA AZ 85383-1137


DARCY WESLEY
501 EAST GRANDVIEW STREET
MESA AZ 85203


DAVID A STUEBE
9830 S. 51ST STREET, SUITE B121
PHOENIX AZ 85044


DAVID J MILLER
3802 EAST AMBERWOOD DRIVE
PHOENIX AZ 85048


DEAN KREUZER
2619 S. RAVENU
MESA AZ 85209


DEE DAIGLE
51 LAKESHORE DRIVE
MARLBOROUGH MA 01752

Cales & Fitzgerald PLLC -


DEMETRIO MAMANI
114 EAST MARIPOSA STREET #2
PHOENIX AZ 85012


DUSTIN BENKER
8745 WEST SHAW BUTTE DRIVE
PEORIA AZ 85345-1430


EMAN F KIROLOS
5939 NORTH 83RD STREET
SCOTTSDALE AZ 85250


ERIC J BURKE
15604 SOUTH 77TH STREET
PHOENIX AZ 85048


ERIC J PEARSON
1917 SOUTH ROCK COURT
GILBERT AZ 85295


ERIKA RIVAS
2143 EAST BOWKER STREET
PHOENIX AZ 85040


ERNESTO ROMO
8948 NORTH ONYX STREET
TUCSON AZ 85742


FOOTHILLS PROFESSIONAL VILLAGE CONDO
ATTN: VENUS MORROW
2500 S. POER ROAD #121
MESA AZ 85209


FPUSA
140 N. MITCHELL CT, STE 200
ADDISON IL 60101-5629


GINA SKALICKY
9820 EAST THOMPSON PEAK PARKWAY #629
SCOTTSDALE AZ 85255


GLORIA CALES
2400 W HARRISON ST
CHANDLER AZ 85224-3406

Cales & Fitzgerald PLLC -


GREGORY A KAISER
2849 EAST BELL ROAD
PHOENIX AZ 85032


HALLE E BUFFINGTON
3775 EAST KRISTAL WAY
PHOENIX AZ 85050


HARRACH LAW
2390 E CAMELBACK ROAD
SUITE 130
PHOENIX AZ 85016


HOWARD SNIDER
16 WEST ENCANTO BLVD #308
PHOENIX AZ 85003


IRS
C/O USAO-AZ DOJ - BANKRUPTCY DEPT
40 N. CENTRAL AVENUE, SUITE 1800
PHOENIX AZ 85004-4449


JACK MCNAMARA
6225 NORTH 16TH AVENUE
PHOENIX AZ 85015


JEFF DICK


JEFFERY W DICK
4810 WEST TOPEKA DRIVE
GLENDALE AZ 85308


JENNIFER LOY
2777 SOUTH ARIZONA AVENUE #3142
CHANDLER AZ 85286


JENNIFER YOUNG-HRISTOVSKI
135 W. MOUNTAIN SAGE DRIVE
PHOENIX AZ 85045


JERRY SCHOCKEY
6540 EAST REDMONT DRIVE #11
MESA AZ 85215

Cales & Fitzgerald PLLC -

JESSICA KELLY
20221 NORTH 67TH AVENUE #E2
GLENDALE AZ 85308

JEWETT

JILL COX
731 WEST HEMLOCK WAY
CHANDLER AZ 85248

JOHN BOLTE
C/O THE GET WELL CENTER
10613 NORTH HAYDEN ROAD, SITE J-102
SCOTTSDALE AZ 85260

JOHN J CANO
1037 WEST SPUR COURT
GILBERT AZ 85233

JOHN JACK HEIN
9631 N. 85TH DRIVE
PEORIA AZ 85345

JOHN MOLTZ
8170 WEST PONTIAC DRIVE
PEORIA AZ 85382

JOSHUA HASLAM
2966 E. LOWELL AVENUE
GILBERT AZ 85295

JU-LEEI KHOR
5282 WEST QUAIL AVENUE
GLENDALE AZ 85308

KAREN LEON
6048 WEST MESCAL STREET
GLENDALE AZ 85304

KELLI NASSER
4762 E. LARK ST.
GILBERT AZ 85297

Cales & Fitzgerald PLLC -


KERRY E. WILKINSON
228 WEST LODGE DRIVE
TEMPE AZ 85283-3652


KEVEN BARKER
45 E 9TH PLACE
MESA AZ 85201


KIM NUESSLE
7250 WEST FALLEN LEAF LANE
PEORIA AZ 85383


KIMBERLY SABOW
3500 NORTH LINCOLN DRIVE #13
PHOENIX AZ 85018


KIRBY A SHERMAN
13096 NORTH 97TH STREET
SCOTTSDALE AZ 85260


KRISTAL WOOD
67 SOUTH HIGLEY ROAD, #103-621
GILBERT AZ 85296


KRISTEN SMITH
10322 WEST ROSEWOOD LANE
PEORIA AZ 85383


KRISTINA CERDA


LANG & KLAIN PC
6730 N. SCOTTSDALE RD., SUITE 101
PARADISE VALLEY AZ 85253


LARRY FITZGERALD
C/O ANN C. VIITALA, ESQ.
400 SOUTH 4TH STREET, SUITE 401-200
MINNEAPOLIS MN 55415-1411


LAWRENCE ROSKY
1935 E. HAZELWOOD ST.
PHOENIX AZ 85016

Cales & Fitzgerald PLLC -

LAYETTA GIBSON


LINDSAY A HILL
3371 EAST VIRGIL DRIVE
GILBERT AZ 85298


LISA M. WRIGHT
20620 NORTH 103RD AVENUE
PEORIA AZ 85382


LORI ANDERSON
10983 EAST GREENWAY ROAD
SCOTTSDALE AZ 85255-1823


LYNN R IDEUS
18854 NORTH 78TH LANE
GLENDALE AZ 85308


MARC DICINO
16658 SOUTH 3RD PLACE
PHOENIX AZ 85048


MARCO P ALDRETE
4626 WEST ALTA VISTA ROAD
LAVEEN AZ 85339


MARISA L MOORE
8001 WEST HARMONY LANE
PEORIA AZ 85382


MARLANA KEIPER
8117 NORTH 178TH AVENUE
WADDELL AZ 85355


MARY E GRONDAHL
3886 EAST EL SENDERO ROAD
CAVE CREEK AZ 85331-9521


MARY T. SHUMAKER
C/O PAT MINITTI
2180 WEST MULBERRY DRIVE
CHANDLER AZ 85286

Cales & Fitzgerald PLLC -


MELANIE COMER
22632 SOUTH 214TH WAY
QUEEN CREEK AZ 85142


MELISSA LOWDERMILK
5838 EAST COCHISE
PARADISE VALLEY AZ 85253


MELISSA M SANTORA
259 PENDWOOD XING
GLASTONBURY CT 06033


MELISSA TANNER
4102 E RAY RD. #1005
PHOENIX AZ 85044


MEREDITH J LOWE
14664 SOUTH 20TH STREET
PHOENIX AZ 85048


MICHAEL BROECK
2743 EAST SIERRA STREET
STANFIELD AZ 85172


MICHAEL HART
4348 EAST PARK AVENUE
GILBERT AZ 85234


MICHAEL JAROCH
55 NORTH FEDERAL STREET #1051
CHANDLER AZ 85226


MOLLY M BLIGH
13229 NORTH 3RD WAY
PHOENIX AZ 85022


NANCY E BERNARD
3055 NORTH RED MOUNTAIN #168
MESA AZ 85207


OTHMAN MJAHED
6707 WEST UTOPIA ROAD
GLENDALE AZ 85308

Cales & Fitzgerald PLLC -

PACIFIC OFFICE AUTOMATION
ATTN: BANKRTUPTCY DEPT
14747 NW GREENBRIER PKWY
BEAVERTON OR 97006


PATRICIA CARRILLO
730 NORTH ROOSEVELT AVENUE
CHANDLER AZ 85226-1757


PHIL WHITE
3775 E. HANS DRIVE
GILBERT AZ 85296


PHILLIP POMPA
7123 WEST DESERT MIRAGE DRIVE
PEORIA AZ 85383


RICHARD HELSTROM
102 SOUTH 54TH STREET
CHANDLER AZ 85226


ROBERT BARABAN
2091 WEST MAPLEWOOD STREET
CHANDLER AZ 85286


ROBERT COPPOCK


ROBERT LEMKE
3222 WEST MONTEREY STREET
CHANDLER AZ 85226


ROSEANN TORMEY
29389 NORTH 67TH DRIVE
PEORIA AZ 85383


ROSEMARY MARQUINA
23002 WEST MORNING GLORY STREET
BUCKEYE AZ 85326


RYAN SAWYER
1806 N MITCHELL STREET
PHOENIX AZ 85006

Cales & Fitzgerald PLLC -

SANDRA ENRIGHT

SCOTT T SANDERS  
17537 W BOCA RATON RD  
SURPRISE AZ 85388

SERGIO ROMO

SHAUN RUDGEAR  
2409 W. RED RANGE WAY  
PHOENIX AZ 85085

SHELBY K CAIRNS  
3522 EAST SUNCREST COURT  
PHOENIX AZ 85044

SHERRY L CAIN  
12685 SOUTH 207TH AVENUE  
BUCKEYE AZ 85326

STEPHEN J GUDELJ  
34205 NORTH 6TH DRIVE  
PHOENIX AZ 85045

STEVEN R BERGMAN  
8544 EAST OCASO AVENUE  
MESA AZ 85212-1572

SYLVESTER WOJTOWICZ  
10002 NORTH 7TH STREET #2153  
PHOENIX AZ 85020

TAMMY CASE  
30372 NORTH 128TH LANE  
PEORIA AZ 85383

THERESA K KOONTZ  
503 EAST FAIRWAY DRIVE  
LITCHFIELD PARK AZ 85340

Case 2:20-bk-10911-DPC    Doc 1    Filed 09/29/20    Entered 09/29/20 09:47:44    Desc
Main Document    Page 15 of 17

Cales & Fitzgerald PLLC -


TIFFINY B BRANDSEY
5715 EAST EVANS DRIVE
SCOTTSDALE AZ 85254


TOM B LOVEJOY
1183 SOUTH MARIE COURT
GILBERT AZ 85296-8644


TOM KRUPINSKI
40105 NORTH TAYLOR STREET
SAN TAN VALLEY AZ 85140


TRACY SCHRIMPF
255 EAST CHANDLER HEIGHTS ROAD #84
CHANDLER AZ 85249


TRAVIS HETZER
6400 WEST POST ROAD
CHANDLER AZ 85226-1161


USAO AZ
TWO RENAISSANCE SQUARE 40 N. CENTRAL AVE
STE. 1800
PHOENIX AZ 85004-4449

In re   **Cales & Fitzgerald PLLC**      Case No.
Debtor(s)      Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cales & Fitzgerald PLLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 29, 2020** | **/s/ Kenneth W. Schutt, Jr.** |
| Date | **Kenneth W. Schutt, Jr. 007497** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Cales & Fitzgerald PLLC** |
| | **Schutt Law, PLC** |
| | **8817 E. Bell Road, Suite 201** |
| | **Scottsdale, AZ 85260** |
| | **(480) 991-8777 Fax:(480) 499-5650** |
| | **ken@schuttlaw.net** |