Christopher C. Simpson (018626)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
christopher.simpson@stinson.com

*SubChapter V Trustee*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: <br><br> CALES & FITZGERALD PLLC, <br><br> Debtor. | Chapter 11 <br><br> Case No 2:20-bk-10911-DPC <br><br> **STATEMENT OF POSITION REGARDING EMERGENCY MOTION TO REMOVE NAMES FROM MASTER MAILING LIST** |

The Subchapter V Trustee hereby submits his Statement of Position regarding Gloria Cales' ("Cales") *Emergency Motion to Remove Names From Master Mailing List*, filed on October 16, 2020 [Dkt. No. 23] (the "**Emergency Motion**").

This bankruptcy case arises out of the failed purchase of a law practice as more fully set forth in *Notice of Substantial Offer Benefiting Unsecured Creditors* filed by the Subchapter V Trustee on October 23, 2020 [Dkt. No. 34] (the "**Substantial Offer**").

As a consequence of the failed purchase, on June 3, 2019, Mr. Fitzgerald caused the Debtor to instigate state court litigation against Ms. Cales (the "**State Court Litigation**"). The Subchapter V Trustee has reviewed pleadings in the State Court Litigation including several expert reports produced pursuant to those proceedings.

Reasonably specific allegations were made in the State Court Litigation which, if true, would establish rights of former clients as creditors in this case. Unfortunately, even if such

allegations are proven to be true, such former clients have no current understanding of the basis for any claim.

Further, the Subchapter V Trustee is sensitive to privacy concerns in family law practice. While it may be appropriate to remove clients from the master mailing list at this time, it is the position of the Subchapter V Trustee that the bar date for filing a proof of claim applicable to such potential claimants must be extended until either the veracity of the allegations are determined or the former clients are sufficiently informed to determine whether they have a basis for a claim against the estate.

DATED this 23rd day of October, 2020.

**STINSON LLP**

/s/ Christopher C. Simpson
Christopher C. Simpson
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

*SubChapter V Trustee*

I hereby certify that on October 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Lindsay Petrowski