IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

PROCEEDINGS & MINUTES FOR THE **CONTINUED**
§341(a) Second MEETING OF CREDITORS

DEBTOR: Cales & Fitzgerald, PLLC

CASE NO.: 2:20-bk-10911-DPC

DATE: November 10, 2020
TIME: 10:00 a.m.

NAME OF COUNSEL: Allan D. NewDelman

APPEARANCES:
Allan NewDelman, attorney for Debtor; Lane Fitzgerald, Sole & Managing Member of Debtor;

Edwin D. Fleming & Alan Meda, attorneys for Gloria Cales;

James G. Florentine, attorney for Byline Bank; Christopher Simpson, Subchapter V Trustee

REMARKS:

RELATED CASES:

✓ CONCLUDED ☐ CONTINUED

*Date*

/s/ Christopher J. Pattock

*Time*

Presiding Officer

*Location*

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules