SO ORDERED.

Dated: November 19, 2020

Daniel P. Collins, Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| CALES & FITZGERALD PLLC, | Case No.: 2:20-bk-10911-DPC |
| Debtor. | **AMENDED STIPULATED ORDER GRANTING EMERGENCY MOTION TO REMOVE NAMES FROM MASTER MAILING LIST** |

    The Court has reviewed the *Emergency Motion to Remove Names from Master Mailing List* (the "**Motion**") filed by Gloria L. Cales ("**Cales**") at DE 23, requesting entry of an Order removing certain individuals from the master mailing matrix filed by the Debtor in this case, Debtor and Cales having stipulated to the requested relief as evidenced by this Stipulated Order, the Court has also reviewed the record before it and therefore, for good cause appearing,

    IT IS HEREBY ORDERED removing those individuals identified on Exhibit A attached hereto from Debtor's Master Mailing Matrix.

    IT IS HEREBY FURTHER ORDERED that the Debtor shall file an amendment to the Debtor's schedules removing those individuals identified on Exhibit A attached hereto from the Debtor's list of unsecured creditors in this case.

IT IS HEREBY FURTHER ORDERED that the relief granted in this Order is without prejudice to any party requesting leave of the Court to revisit the identification of appropriate creditors or parties on Debtor's Master Mailing Matrix or Debtor's schedules.

DATED AND SIGNED ABOVE.

STIPULATED AND APPROVED this 19th day of November 2020.

| ALLAN D. NEWDELMAN, P.C. | BURCH & CRACCHIOLO, P.A. |
|---|---|
| /s/ Allan D. NewDelman | /s/ Alan A. Meda (#009213) |
| Allan D. NewDelman | Alan A. Meda |
| *Attorney for Debtor* | *Attorney for Gloria Cales* |

STINSON LLP

/s/ Christopher Simpson
Christopher Simpson
*Subchapter V Trustee*

# Exhibit A

Label Matrix for local noticing
0970-2
Case 2:20-bk-10911-DPC
District of Arizona
Phoenix
Tue Nov 17 09:52:46 MST 2020

Alan Hoelscher
23024 North 21st Way
Phoenix AZ 85024-7514

Alexander Crabbs
8343 West Molly Lane
Peoria AZ 85383-3819

Ali Ghazanfari
5129 North 34th Place
Phoenix AZ 85018-1546

Amber Steward
4440 East Arbor Drive
Gilbert AZ 85298-4029

Amy M Taylor
6168 West Megan Street
Chandler AZ 85226-5859

Andrew Davis
801 N. Federal St., #1090
Chandler AZ 85226-6322

Annette Ronne
6233 West Nancy Road
Glendale AZ 85306-2336

Anu Lovecchio
680 East Colter Street
Phoenix AZ 85012-1468

Ashley E McCown
5344 East Catalina Avenue
Mesa AZ 85206-2267

Ashley Walton
23071 North 89th Place
Scottsdale AZ 85255-8376

Bobbie Mutsaers
95 N. Cooper RD. #48
Chandler AZ 85225-5876

Brenda Wieck
11205 West Ashbrook Place
Avondale AZ 85392-3605

Brett Lockwood
2777 South Arizona Avenue #1064
Fountain Hills AZ 85268

Brian S Joseph
3750 East Bruce Court
Gilbert AZ 85234-4352

Camila V King
16410 North 2nd Drive
Mesa AZ 85203

Carla Jones
3180 East Waterman Court
Gilbert AZ 85297-7614

Christine P Ollive
2332 N. Cabot Circle
Mesa AZ 85207-1504

Christopher Schibi
3330 South Gilbert Road #1078
Chandler AZ 85286-5406

Chuck Haney
3104 E Camelback Road #624
Phoenix AZ 85016-4502

Cody D Fulp
2726 East Escuda
Phoenix AZ 85050-1335

Cynthia Harris
7025 East Via Soleri Drive #4025
Scottsdale AZ 85251-1428

Cynthia Rohan
10226 South 44th Lane
Laveen AZ 85339-7139

Darcy Bergen
9315 West Avenida del Sol
Peoria AZ 85383-1137

Darcy Wesley
501 East Grandview Street
Mesa AZ 85203-3655

David A Stuebe
9830 S. 51st Street, Suite B121
Phoenix AZ 85044-8600

David J Miller
3802 East Amberwood Drive
Phoenix AZ 85048-7351

Dean Kreuzer
2619 S. Ravenu
Mesa AZ 85209-6275

Dee Daigle
51 Lakeshore Drive
Marlborough MA 01752-4207

Demetrio Mamani
114 East Mariposa Street #2
Phoenix AZ 85012-1645

Dustin Benker
8745 West Shaw Butte Drive
Peoria AZ 85345-4130

Eman F Kirolos
5939 North 83rd Street
Scottsdale AZ 85250-6214

Eric J Burke
15604 South 77th Street
Phoenix AZ 85048

Eric J Pearson
1917 South Rock Court
Gilbert AZ 85295-4971

Erika Rivas
2143 East Bowker Street
Phoenix AZ 85040-3423

Ernesto Romo
8948 North Onyx Street
Tucson AZ 85742-9415

Gina Skalicky
9820 East Thompson Peak Parkway #62
Scottsdale AZ 85255-6614

Gregory A Kaiser
2849 East Bell Road
Phoenix AZ 85032-1916

Halle E Buffington
3775 East Kristal Way
Phoenix AZ 85050-6377

Howard Snider
16 West Encanto Blvd #308
Phoenix AZ 85003-1196

Jack McNamara
6225 North 16th Avenue
Phoenix AZ 85015-2009

Jeffery W Dick
4810 West Topeka Drive
Glendale AZ 85308-4888

Jennifer Loy
2777 South Arizona Avenue #3142
Chandler AZ 85286-1821

Jennifer Young-Hristovski
135 W. Mountain Sage Drive
Phoenix AZ 85045-0427

Jerry Schockey
6540 East Redmont Drive #11
Mesa AZ 85215-1076

Jessica Kelly
20221 North 67th Avenue #E2
Glendale AZ 85308-0602

| | | |
|---|---|---|
| Jill Cox<br>731 West Hemlock Way<br>Chandler AZ 85248-4460 | John Bolte<br>c/o The Get Well Center<br>10613 North Hayden Road, Site J-102<br>Scottsdale AZ 85260-5683 | John J Cano<br>1037 West Spur Court<br>Gilbert AZ 85233-5268 |
| John Jack Hein<br>9631 N. 85th Drive<br>Peoria AZ 85345-5350 | John Moltz<br>8170 West Pontiac Drive<br>Peoria AZ 85382-4452 | Joshua Haslam<br>2966 E. Lowell Avenue<br>Gilbert AZ 85295-1403 |
| Ju-Leei Khor<br>5282 West Quail Avenue<br>Glendale AZ 85308-9144 | Karen Leon<br>6048 West Mescal Street<br>Glendale AZ 85304-3740 | Kelli Nasser<br>4762 E. Lark St.<br>Gilbert AZ 85297-9738 |
| Kerry E. Wilkinson<br>228 West Lodge Drive<br>Tempe AZ 85283-3652 | Keven Barker<br>45 E 9th Place<br>Mesa AZ 85201-4305 | Kim Nuessle<br>7250 West Fallen Leaf Lane<br>Peoria AZ 85383-6326 |
| Kimberly Sabow<br>3500 North Lincoln Drive #13<br>Phoenix AZ 85018 | Kirby A Sherman<br>13096 North 97th Street<br>Scottsdale AZ 85260-4459 | Kristal Wood<br>67 South Higley Road, #103-621<br>Gilbert AZ 85296-1166 |
| Kristen Smith<br>10322 West Rosewood Lane<br>Peoria AZ 85383-8906 | | Larry Fitzgerald<br>c/o Ann C. Viitala, Esq.<br>400 South 4th Street, Suite 401-200<br>Minneapolis MN 55415-1419 |
| Lawrence Rosky<br>1935 E. Hazelwood St.<br>Phoenix AZ 85016-4614 | Lindsay A Hill<br>3371 East Virgil Drive<br>Gilbert AZ 85298-4286 | Lisa M. Wright<br>20620 North 103rd Avenue<br>Peoria AZ 85382-5120 |
| Lori Anderson<br>10983 East Greenway Road<br>Scottsdale AZ 85255-1823 | Lynn R Ideus<br>18854 North 78th Lane<br>Glendale AZ 85308-6107 | Marc Dicino<br>16658 South 3rd Place<br>Phoenix AZ 85048-2051 |
| Marco P Aldrete<br>4626 West Alta Vista Road<br>Laveen AZ 85339-1929 | Marisa L Moore<br>8001 West Harmony Lane<br>Peoria AZ 85382-4484 | Marlana Keiper<br>8117 North 178th Avenue<br>Waddell AZ 85355-9326 |
| Mary E Grondahl<br>3886 East El Sendero Road<br>Cave Creek AZ 85331-9521 | Mary T. Shumaker<br>c/o Pat Minitti<br>2180 West Mulberry Drive<br>Chandler AZ 85286-6775 | Melanie Comer<br>22632 South 214th Way<br>Queen Creek AZ 85142-8372 |

| | | |
|---|---|---|
| Melissa Lowdermilk<br>5838 East Cochise<br>Paradise Valley AZ 85253-1106 | Melissa M Santora<br>259 Pendwood Xing<br>Glastonbury CT 06033-2759 | Melissa Tanner<br>4102 E Ray Rd. #1005<br>Phoenix AZ 85044-4603 |
| Meredith J Lowe<br>14664 South 20th Street<br>Phoenix AZ 85048-4504 | Michael Broeck<br>2743 East Sierra Street<br>Stanfield AZ 85172 | Michael Hart<br>4348 East Park Avenue<br>Gilbert AZ 85234-0712 |
| Michael Jaroch<br>55 North Federal Street #1051<br>Chandler AZ 85226 | Molly M Bligh<br>13229 North 3rd Way<br>Phoenix AZ 85022-5244 | Nancy E Bernard<br>3055 North Red Mountain #168<br>Mesa AZ 85207-1064 |
| Othman Mjahed<br>6707 West Utopia Road<br>Glendale AZ 85308-5508 | | Patricia Carrillo<br>730 North Roosevelt Avenue<br>Chandler AZ 85226-1757 |
| Phil White<br>3775 E. Hans Drive<br>Gilbert AZ 85296-1384 | Phillip Pompa<br>7123 West Desert Mirage Drive<br>Peoria AZ 85383-6678 | Richard Helstrom<br>102 South 54th Street<br>Chandler AZ 85226-3246 |
| Robert Baraban<br>2091 West Maplewood Street<br>Chandler AZ 85286-6767 | Robert Lemke<br>3222 West Monterey Street<br>Chandler AZ 85226-2331 | Roseann Tormey<br>29389 North 67th Drive<br>Peoria AZ 85383-3015 |
| Rosemary Marquina<br>23002 West Morning Glory Street<br>Buckeye AZ 85326-6239 | Ryan Sawyer<br>1806 N Mitchell Street<br>Phoenix AZ 85006-2139 | Scott T Sanders<br>17537 W Boca Raton Rd<br>Surprise AZ 85388-7719 |
| Shaun Rudgear<br>2409 W. Red Range Way<br>Phoenix AZ 85085-6036 | Shelby K Cairns<br>3522 East Suncrest Court<br>Phoenix AZ 85044-3508 | Sherry L Cain<br>12685 South 207th Avenue<br>Buckeye AZ 85326-4385 |
| Stephen J Gudelj<br>34205 North 6th Drive<br>Phoenix AZ 85085-4004 | Steven R Bergman<br>8544 East Ocaso Avenue<br>Mesa AZ 85212-1572 | Sylvester Wojtowicz<br>10002 North 7th Street #2153<br>Phoenix AZ 85020-1762 |
| Tammy Case<br>30372 North 128th Lane<br>Peoria AZ 85383-4417 | Theresa K Koontz<br>503 East Fairway Drive<br>Litchfield Park AZ 85340-4409 | Tiffiny B Brandsey<br>5715 East Evans Drive<br>Scottsdale AZ 85254-3059 |

Tom B Lovejoy
1183 South Marie Court
Gilbert AZ 85296-8644

Tom Krupinski
40105 North Taylor Street
San Tan Valley AZ 85140-9688

Tracy Schrimpf
255 East Chandler Heights Road #84
Chandler AZ 85249-5602

Travis Hetzer
6400 West Post Road
Chandler AZ 85226-1161