SO ORDERED.

Dated: December 7, 2020

Daniel P. Collins, Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CALES & FITZGERALD PLLC,<br><br>Debtor.<br><br>BYLINE BANK,<br><br>Movant,<br><br>v.<br><br>CALES & FITZGERALD PLLC,<br><br>Respondent. | Proceedings Under Chapter 11<br><br>Case. No.: 2:20-bk-10911-DPC<br><br>**ORDER GRANTING BYLINE BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**(RE: REAL PROPERTY)** |

Upon consideration of the *Byline Bank's Motion for Relief from the Automatic Stay* [Dkt. No. 20] ("Motion") filed on October 9, 2020 by Byline Bank ("Byline"), creditor in the above-captioned bankruptcy case ("Bankruptcy Case"), and for good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED in its entirety;

2. Pursuant to 11 U.S.C. § 362(d)(1), "cause" exists to terminate the automatic stay of 11 U.S.C. § 362(a) with respect to the Property (as defined in the Motion);

3. Pursuant to 11 U.S.C. § 362(d)(2), Byline is entitled to relief from the automatic stay because Cales & Fitzgerald PLLC ("Debtor") lacks equity in the Property and the Property is not necessary to an effective reorganization; and

4833-3582-4846

4. The automatic stay of 11 U.S.C. § 362(a) is hereby terminated with respect to the Property and Byline may exercise its state law rights and remedies as against the Property.

**SIGNED AND DATED ABOVE.**