# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | CALES & FITZGERALD PLLC | | |
| Case Number: | 2:20-BK-10911-DPC | Chapter: | 11 |
| Date / Time / Room: | MONDAY, DECEMBER 07, 2020 10:00 AM  VIDEO CONF HRGS | | |
| Bankruptcy Judge: | DANIEL P. COLLINS | | |
| Courtroom Clerk: | JENNIFER LOWRY | | |
| Reporter / ECR: | RUTH CARMONA | | |

### Matters:

1) HEARING ON MOTION TO CONVERT FILED BY CREDITOR GLORIA CALES
   R / M #:   0 / 0

2) CONTINUED SUBCHAPTER V STATUS HEARING
   R / M #:   23 / 0

3) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY BYLINE BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (RE: REAL PROPERTY) FILED BY JAMES GEORGE FLORENTINE OF SNELL & WILMER L.L.P. ON BEHALF OF BYLINE BANK.
   R / M #:   20 / 0

### Appearances:

CHRISTOPHER CHARLES SIMPSON, TRUSTEE
ALAN MEDA, ATTORNEY FOR GLORIA CALES
JAMES FLORENTINE, ATTORNEY FOR BYLINE BANK
JILL PERRELLA, ATTORNEY FOR BYLINE BANK
ALLAN NEWDELMAN, ATTORNEY FOR CALES & FITZGERALD PLLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:20-BK-10911-DPC          MONDAY, DECEMBER 07, 2020 10:00 AM

## *Proceedings:*

### **MATTER 1**

Mr. Meda stated that this is, in part, a legal matter, and requested that the Court convert the case. Mr. Meda presented his client's position and urged the motion.

Ms. Perrella indicated that her client does not oppose the motion.

Mr. Newdelman presented his client's position and stated that they would be fine with dismissal today or would request an evidentiary hearing on conversion.

Mr. Meda argued that dismissal is not in the best interest of creditors.

The Court questioned Ms. Perella about Byline's position.

Ms. Perella stated that her client would prefer a situation where Mr. Fitzgerald is not at the reins.


COURT:  IT IS ORDERED SETTING A CONTINUED HEARING ON DECEMBER 15, 2020 AT 11:00 AM VIA VIDEO CONFERENCE.

<https://www.zoomgov.com/j/1601169437?pwd=eXp0bENBSHpEd1dWU2tIWVV3RnZoQT09>

Meeting ID: 160 116 9437
Passcode: 477537
One tap mobile
+16692545252,,1601169437#,,,,,,0#,,477537# US (San Jose)
+16468287666,,1601169437#,,,,,,0#,,477537# US (New York)


### **MATTER 2**

Mr. Newdelman advised that the plan deadline is December 28th and stated that he does a draft prepared. Mr. Newdelman informed the Court that he would work with Mr. Simpson on the plan.


### **MATTER 3**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:20-BK-10911-DPC         MONDAY, DECEMBER 07, 2020 10:00 AM

Mr. Simpson raised his questions regarding the motion.

Ms. Perrella discussed the agreement between the creditor and the debtor.

Mr. Newdelman responded.

Mr. Simpson advised that his questions have been answered.

COURT: IT IS ORDERED DIRECTING COUNSEL FOR BYLINE BANK TO UPLOAD A FORM OF ORDER, WHICH WILL BE SIGNED.