Alan A. Meda (#009213)
Andrew Abraham (#007322)
Edwin D. Fleming (#009685)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com
aabraham@bcattorneys.com
efleming@bcattorneys.com

*Attorneys for Gloria Cales*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| CALES & FITZGERALD PLLC, | Case No.: 2:20-bk-10911-DPC |
| Debtor. | **NOTICE OF SUPPLEMENT RE ISSUES ON MOTION TO CONVERT TO CHAPTER 7 CASE** |
| | Hearing Date: February 10, 2021<br>Hearing Time: 9:00 a.m |

**NOTICE IS HEREBY GIVEN** that Gloria L. Cales ("**Gloria Cales**"), by and through undersigned counsel, filed a *Motion to Convert to Chapter 7 Case* (the "**Motion**") at DE62 and an evidentiary hearing on the Motion will be conducted on February 10, 2021. Notice is further given that in addition to the grounds raised in the Motion, Gloria Cales may raise the following additional grounds at trial in support of the Motion:

1. The failure of Debtor Cales & Fitzgerald, PLLC ("**Debtor**") to file and provide its most recent federal income tax returns as and within the time frame required by 11 U.S.C. § 1116 (1) and (6) and 11 U.S.C. § 1187 (a) and (b).

2. The inherent conflicts of interest between Debtor and its principal Lane Fitzgerald ("**Fitzgerald**").

3.  Debtor's substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation as contemplated by 11 U.S.C. § 1112(b)(4)(A).

4.  Debtor's gross mismanagement as contemplated by 11 U.S.C. § 1112(b)(4)(B).

5.  Debtor's unexcused failure to satisfy timely any filing or reporting requirement as contemplated by 11 U.S.C. § 1112(b)(4)(F).

6.  Debtor's failure to attend an examination ordered under rule 2004 of the Federal Rules of Bankruptcy Procedure as contemplated by 11 U.S.C. § 1112(b)(4)(G).

7.  Debtor's failure timely to provide information or attend meetings reasonably requested by the United States trustee (or bankruptcy administrator) as contemplated by 11 U.S.C. § 1112(b)(4)(H).

8.  Debtor's failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief as contemplated by 11 U.S.C. § 1112(b)(4)(I).

9.  Debtor's failure to file an acceptable and confirmable plan and/or Debtor's inability to do so.

10.  Debtor's lack of "good faith," or existence of "bad faith" in commencing and/or prosecuting this bankruptcy case, constituting "cause" pursuant to Section 1112(b).

11.  Debtor's lack of any ongoing business operations, employees, income, clients, place of business, and with no intention of continuance of its business is incompatible with the statutory purpose[1] of Subchapter V enacted by Small Business Reorganization Act of 2019 (the "SBRA"), and the case should be converted to a proceeding under chapter 7 of the bankruptcy code.

---

[1] The purpose of SBRA is "to streamline the process by which small business debtors reorganize and rehabilitate their financial affairs. "Report of Committee on the Judiciary, House of Representatives, Report 116-171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, at 1, *available at* https://www.govinfo.gov/content/pkg/CRPT-116hrpt171/pdf/CRPT-116hrpt171.pdf.

12. The failure of Fitzgerald to fulfill his promise to provide cash contributions for the benefit of creditors.

DATED this 8th day of January 2021.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
Andrew Abraham
Edwin D. Fleming
*Attorneys for Gloria Cales*

Served via ECF on CM/ECF users this 8th day of January 2021, which constitutes service pursuant to L.R. Bankr. P. 9076-1.

/s/ Tracy Dunham
Tracy Dunham