Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
(602) 264-4550
anewdelman@adnlaw.net

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| CALES & FITZGERALD, PLLC, | Case No. 2-20-bk-10911 DPC |
| Debtor. | NOTICE OF SERVICE OF DISCOVERY |

NOTICE IS HEREBY GIVEN that on the 14th day of January, 2021, the Debtor, by and through undersigned Counsel, served upon Gloria Cales, its First Request for Production of Documents, Request for Admissions, and Non-Uniform Interrogatories through her attorney, Alan A. Meda, Esq., by electronic mail and by first class mail, postage prepaid as follows:

Alan A. Meda, Esq.
BURCH & CRACCHIOLO PA
1850 N. Central Avenue
Suite 1700
Phoenix, Arizona 85004

DATED this 14th day of January, 2021.

ALLAN D. NEWDELMAN, P.C.


  /s/ Allan D. NewDelman
Allan D. NewDelman, Esq.
Attorney for Debtor