Christopher C. Simpson (018626)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
christopher.simpson@stinson.com

*Subchapter V Trustee*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| CALES & FITZGERALD PLLC, | Case No 2:20-bk-10911-DPC |
| Debtor. | **NOTICE OF SECOND OFFER FROM GLORIA CALES** |

On October 23, 2020, the Subchapter V Trustee filed a notice with this Court disclosing that the Subchapter V Trustee had received confirmation of an offer to settle all litigation among the estate, Ms. Cales and Mr. Fitzgerald personally for a total sum of $439,000 (DE 34). The prior settlement offer required the settlement in full of all claims asserted in the state court litigation instigated on June 3, 2019 (the "**State Court Litigation**"). The State Court Litigation includes claim(s) asserted personally by Mr. Fitzgerald (the "**Fitzgerald Personal Claims**").

The Subchapter V Trustee requested and counsel for Ms. Cales has provided a subsequent offer to settle only the claims of the estate against Ms. Cales while leaving any Fitzgerald Personal Claims unsettled.

**PLEASE TAKE NOTICE** that the Subchapter V Trustee has received confirmation of an offer to settle only the claims held by this estate against Ms. Cales for $225,000.

1 | The Subchapter V Trustee is still evaluating the adequacy of the offer and states no opinion as to such adequacy at this time.

DATED this 24th day of January, 2021.

**STINSON LLP**

/s/ Christopher C. Simpson
Christopher C. Simpson
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

*SubChapter V Trustee*

I hereby certify that on January 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Lindsay Petrowski