Alan A. Meda (#009213)
Andrew Abraham (#007322)
Edwin D. Fleming (#009685)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com
aabraham@bcattorneys.com
efleming@bcattorneys.com

*Attorneys for Gloria Cales*

1
2
3
4
5
6
7

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 Subchapter V |
| CALES & FITZGERALD PLLC, | Case No.: 2:20-bk-10911-DPC |
| Debtor. | **STIPULATION RE MOTION TO CONVERT** |
| | **Hearing Date:** **February 10, 2021** |
| | **Hearing Time:** **9:00 a.m.** |

This matter comes before the Court on Gloria Cales ("**Gloria Cales**") *Motion to Convert to Chapter 7 Case* [DE 62] (the "**Conversion Motion**"). In connection with the Conversion Motion, Debtor Cales & Fitzgerald, PLLC ("**Debtor**") filed a *Response to Motion to Convert to Chapter 7 Case* [DE 81] which included a suggested alternative of dismissal of the case, Chris Simpson, the Subchapter V Trustee (the "**Subchapter V Trustee**") filed a *Statement of Position* [DE 95], Gloria Cales filed a *Notice of Supplement Re: Issues on Motion to Convert to Chapter 7 Case* [DE 108], and the Court set an evidential hearing on the Conversion Motion to Convert for February 10. 2021 at 9:00 a.m. Debtor and Gloria Cales have met and conferred and hereby stipulate to the following relative to the Conversion Motion:

1. Debtor agrees that cause exists to convert or dismiss Debtor's bankruptcy case as contemplated by 11 U.S.C. § 1112(b)(1) as the Debtor is currently not operating,

1 has no current revenues or income, has no current ability to pay the administrative
2 expense claims and, upon withdrawal of its Chapter 11 (Subchapter V) Plan of
3 Reorganization, will not have filed a plan within the time required for the filing of such
4 plan as set forth in 11 U.S.C. § 1189(b), and has no prospect for reorganizing under
5 Chapter 11 of the Bankruptcy Code.

6     2.     Debtor agrees that unusual circumstances do not exist to establish that
7 converting or dismissing this case is not in the best interests of creditors and the estate
8 as contemplated by 11 U.S.C. § 1112(b)(2).

9     3.     Debtor agrees to withdraw its *Chapter 11 (Subchapter V) Plan of*
10 *Reorganization Dated December 28, 2020* [DE 93].

11     3.     Having stipulated that "cause" exists as contemplated by 11 U.S.C. §
12 1112(b), Debtor and Gloria Cales agree that the sole issue remaining relative to the
13 Motion to Convert is whether Debtor's case should be converted or dismissed, as
14 determined by the Court in its discretion after briefing by the parties. Based on the
15 forgoing, the parties stipulate to vacating the evidentiary hearing scheduled for February
16 10, 2021 and to file simultaneous opening briefs, on the issue of whether to convert or
17 dismiss, on or before February 12, 2021 and to file simultaneous responsive briefs on or
18 before February 26, 2021. The parties request the Court to schedule oral argument as
19 soon thereafter as the Court's calendar will permit.

20     RESPECTFULLY SUBMITTED this 26th day of January 2021.

22     **BURCH & CRACCHIOLO, P.A.**

23     By _____
24     Alan A. Meda
    *Attorneys for Gloria Cales*

25     **ALLAN NEWDELMAN, P.C.**

27     By _____
    Allan NewDelman
    *Attorneys for Debtor*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Served via ECF on CM/ECF users this 28th day of January 2021, which constitutes service pursuant to L.R. Bankr. P. 9076-1:

_/s/ Tracy Dunham_____
Tracy Dunham