UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CALES & FITZGERALD PLLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 2:20-bk-10911-DPC<br><br>**ORDER GRANTING STIPULATION RE MOTION TO COVERT** |

The Court has reviewed the *Stipulation re Motion to Convert* (the "**Motion**") filed by Gloria L. Cales ("**Cales**") and Cales & Fiztgerald PLLC ("**Debtor**") at DE 118, and for good cause appearing,

IT IS HEREBY ORDERED approving the Stipulation.

DATED AND SIGNED ABOVE.