Allan D. NewDelman, Esq. (004066)
Roberta J. Sunkin, Esq.
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
(602) 264-4550
anewdelman@adnlaw.net
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | In Proceeding Under |
| ) | Chapter Eleven |
| CALES & FITZGERALD, PLLC, ) | |
| ) | Case No. 2-20-bk-10911 DPC |
| ) | |
| ) | NOTICE OF WITHDRAWAL OF |
| ) | CHAPTER 11 (SUBCHAPTER V) |
| ) | PLAN OF REORGANIZATION |
| ) | DATED DECEMBER 28, 2020 AND |
| Debtor. ) | REQUEST TO VACATE HEARING |
| ) | SET FOR FEBRUARY 8, 2021 AT |
| ) | 11:00 A.M. |
| ) | |

Debtor, Cales & Fitzgerald, PLLC, by and through undersigned Counsel, hereby gives Notice of the Withdrawal of its Chapter 11 (Subchapter V) Plan of Reorganization Dated December 28, 2020 filed at Docket Number 93.

Debtor requests that the Court vacate the Confirmation Hearing set for February 8, 2021 at 11:00 a.m.

DATED this 5th day of February, 2021.

ALLAN D. NEWDELMAN, P.C.


/s/ RJS 011993
Roberta J. Sunkin, Esq.
Attorney for the Debtor

| | |
|---|---|
| 1 | Copy of the foregoing |
| 2 | mailed this 5th day of February, 2021 to: |
| 3 | |
| 4 | Jennifer Giaimo, Esq. Office of the US Trustee |
| 5 | 230 North 1st Avenue Suite 204 |
| 6 | Phoenix, AZ 85003 |
| 7 | Christopher Simpson, Esq. |
| 8 | STINSON LLP 1850 North Central Avenue |
| 9 | Suite 2100 Phoenix, AZ 85004 |
| 10 | |
| 11 | By /s/ RJ Sunkin |