SO ORDERED.

Dated: January 18, 2022

Daniel P. Collins, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Cales & Fitzgerald PLLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:20-bk-10911-DPC<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019 BETWEEN TRUSTEE AND GLORIA CALES AND CLINT DAVIS AND BYLINE BANK** |

Based upon the *Motion to Approve Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") (Doc 202) filed by Dina L. Anderson, Chapter 7 Trustee herein (the "Trustee"), requesting approval of the Settlement Agreement[1] between Trustee, Gloria Cales and Clint Davis ("Cales"), and Byline Bank ("Byline") (collectively, the "Settlement Parties"), and the resolution of an objection to the Motion raised by Lane Fitzgerald in his individual capacity (the "Fitzgerald Objection") (Doc 205), the Trustee, by submitting this Order to the Court, certifies that the Settlement Parties have reviewed and approved this Order, and for further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

---

[1] Capitalized terms not otherwise defined herein shall be given the meanings set forth in the Motion.

1. Granting the Motion and approving the Settlement Agreement in its entirety;

2. As full and final settlement of the claims as set forth in the Motion, Cales shall pay the Bankruptcy Estate $315,000.00 ("Settlement Funds") within 14 calendar days of the entry of this Order;

3. Any individual claims alleged by Lane Fitzgerald and Lina Fitzgerald against Cales are not compromised in the Settlement Agreement;

4. The Trustee and Cales will notify the Court in the State Court Litigation upon entry of this Order that all claims by and against Cales and Fitzgerald PLLC ("Debtor") have been resolved;

5. Cales shall file a withdrawal of her unsecured creditor claim within 14 calendar days of the entry of this Order;

6. After entry of this Order and upon receiving the Settlement Funds, the Trustee shall file a Notice of Abandonment of any remaining account receivables owed to the Debtor to Cales;

7. The Trustee and Byline agree that with the withdrawal by the Schutt Law Firm PLC of its Proof of Claim, upon approval of the Settlement Agreement and within twenty (20) business days of the Trustee's receipt of the Settlement Funds from Cales, the Trustee shall pay $157,500.00 to Byline;

8. Byline, after receipt of the $157,500.00, shall file an amended Proof of Claim to reflect the amount received in payment for its secured claim against the Debtor, and that any deficiency owed by the Debtor only to Byline is an unsecured claim; and

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

9. This Court shall retain jurisdiction of any disputes that may arise between the Trustee, the Settlement Parties and/or Lane Fitzgerald relating to this Order or any Order issued by this Court.

**DATED AND SIGNED ABOVE.**

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300