Alan A. Meda (#009213)
Andrew Abraham (#007322)
Edwin D. Fleming (#009685)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com
aabraham@bcattorneys.com
efleming@bcattorneys.com

*Attorneys for Gloria Cales*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| CALES & FITZGERALD PLLC, | Case No.: 2:20-bk-10911-DPC |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM NO. 4 AS AMENDED** |

NOTICE IS HEREBY GIVEN that, pursuant to the terms of a Settlement Agreement with Dina L. Anderson, Chapter 7 Trustee, among other parties, Gloria Cales hereby withdraws her claim, Claim No. 4, dated December 8, 2020 as amended May 21, 2021 in the amount of $531,320.03.

DATED this 17th day of February 2022.

**BURCH & CRACCHIOLO, P.A.**

By ___/s/ Alan A. Meda (#009213)___
    Alan A. Meda
    *Attorneys for Gloria Cales*

Served via ECF on CM/ECF users
this 17th day of February 2022, which
constitutes service pursuant to L.R.
Bankr. P. 9076-1.

_/s/ Tracy Dunham_