**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re: § Case No. 2:20-BK-10911-DPC
§
CALES & FITZGERALD PLLC §
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Dina L. Anderson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,483,388.17 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $157,500.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $157,500.00 | | |

3) Total gross receipts of $315,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $315,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $171,000.00 | $157,500.00 | $157,500.00 | $157,500.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $77,466.36 | $77,466.36 | $77,466.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $101,245.62 | $101,245.62 | $80,033.64 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $13,650.00 | $13,650.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $989,102.39 | $1,353,804.89 | $1,353,804.89 | $0.00 |
| **Total Disbursements** | $1,160,102.39 | $1,703,666.87 | $1,703,666.87 | $315,000.00 |

4). This case was originally filed under chapter 11 on 09/29/2020. The case was converted to one under Chapter 7 on 03/12/2021. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2022  By: /s/ Dina L. Anderson
                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement with Cales, Davis, and Byline Bank | 1249-000 | $315,000.00 |
| **TOTAL GROSS RECEIPTS** | | $315,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Byline Bank | 4210-000 | $0.00 | $157,500.00 | $157,500.00 | $157,500.00 |
| | Gloria Cales | 4110-000 | $171,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $171,000.00 | $157,500.00 | $157,500.00 | $157,500.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dina L. Anderson, Trustee | 2100-000 | NA | $19,000.00 | $19,000.00 | $19,000.00 |
| Dina L. Anderson, Trustee | 2200-000 | NA | $53.06 | $53.06 | $53.06 |
| Independent Bank | 2600-000 | NA | $382.57 | $382.57 | $382.57 |
| Veritex Community Bank | 2600-000 | NA | $315.38 | $315.38 | $315.38 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee | 3110-000 | NA | $57,255.00 | $57,255.00 | $57,255.00 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee | 3120-000 | NA | $460.35 | $460.35 | $460.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $77,466.36 | $77,466.36 | $77,466.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN NEWDELMAN, Attorney for | 6210-000 | NA | $55,419.62 | $55,419.62 | $43,808.65 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Trustee/D-I-P | | | | | |
| | Stinson LLP, Other Professional | 6700-000 | NA | $45,826.00 | $45,826.00 | $36,224.99 |
| | **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $101,245.62 | $101,245.62 | $80,033.64 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Lane Fitzgerald | 5300-000 | $0.00 | $13,650.00 | $13,650.00 | $0.00 |
| | ARIZONA DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $13,650.00 | $13,650.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| 2 | Byline Bank | 7100-000 | $945,000.00 | $415,035.00 | $415,035.00 | $0.00 |
| 3 | Lang & Klain PC | 7100-000 | $24,069.76 | $24,069.76 | $24,069.76 | $0.00 |
| 4 | Gloria Cales | 7100-000 | $11,333.32 | $0.00 | $0.00 | $0.00 |
| 5 | Harrach Law | 7100-000 | $3,898.99 | $4,280.37 | $4,280.37 | $0.00 |
| 6 | Lang & Klain PC | 7100-000 | $0.00 | $24,069.76 | $24,069.76 | $0.00 |
| 8a | Lane Fitzgerald | 7100-000 | $0.00 | $886,350.00 | $886,350.00 | $0.00 |
| 9 | Schutt Law Firm, PLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cox Communications | 7100-000 | $2,190.32 | $0.00 | $0.00 | $0.00 |
| | Donna Jewett | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Foothills Professional Village Condo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Layetta Gibson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pacific Office Automation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sandra Enright | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sergio Romo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Traveler's Insurance | 7100-000 | $1,410.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $989,102.39 | $1,353,804.89 | $1,353,804.89 | $0.00 |

| Case No.: | 20-10911-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CALES & FITZGERALD PLLC | Date Filed (f) or Converted (c): | 03/12/2021 (c) |
| For the Period Ending: | 9/12/2022 | §341(a) Meeting Date: | 04/19/2021 |
| | | Claims Bar Date: | 05/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Client Trust Account (total amount stole/converted/embezzled/larceny by Gloria L. Cales unknown); the amount listed is the lowest possible amount: Checking | $333,809.17 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 2 | Trust Account Deposit held by Harrach Law | $400.00 | $400.00 | | $0.00 | FA |
| 3 | Embezzled funds from operation of Cales & Fitzgerald, PLLC (embezzled by Gloria L. Cales) | $358,485.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 4 | Embezzled funds under the consulting agreement of Gloria L. Cales with Cales & Fitzgerald, PLLC | $105,600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 5 | Accounts receivable: Over 90 days old | $194,614.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 6 | Office furniture: three chairs $200, three lights $50, computers $150, monitors $100, printers $100, large conference table and chairs $1000, conference bookshelves $100, law books $500, small conference table and chairs $200, corner shelf $50, primary office desk and chair $300, two chairs $100, six bookshelves $200, 1st office desk and chair $200, two bookshelves $100, two cabinets $100, 2nd office desk and chair $100, two bookshelves $100, two drawer shelf $100, 3rd office desk and chair $100, two filing cabinets $200, three chairs $100, postage meter with balance $1500, 4th office desk and chair $200, two chairs $100, three bookshelves $100, refrigerator $100, microwave $10, three stools $20, misc kitchen items $100, file room storage cabinets $300 | $6,580.00 | $6,580.00 | | $0.00 | FA |

| Case No.: | 20-10911-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CALES & FITZGERALD PLLC | Date Filed (f) or Converted (c): | 03/12/2021 (c) |
| For the Period Ending: | 9/12/2022 | §341(a) Meeting Date: | 04/19/2021 |
| | | Claims Bar Date: | 05/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | 16515 S 40th Street, Phoenix, AZ 85048 Fee simple | $480,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | ORDER Granting Motion for Relief from Stay DE 86 ON 12/7/20 | | | | | |
| 8 | Client lists and files | Unknown | $0.00 | | $0.00 | FA |
| 9 | Insurance policy through AllState | Unknown | $0.00 | | $0.00 | FA |
| 10 | Fraud, defalcation, theft, conversion, burglary, by Clint Dean Davis, personally Unknown Nature of claim Breach of Contract/Conversion Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 11 | Fraud, defalcation, theft, conversion, forgery, burglary, breach of fiduciary duty, by Lisa Broadus (a convicted felon), personally Unknown Nature of claim Breach of Contract/Conversion Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 12 | Fraud, defalcation, theft, conversion, burglary, breach of fiduciary duty, by Alicia Muller, personally Unknown Nature of claim Breach of Contract/Conversion Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 13 | Fraud, defalcation, theft, conversion, burglary, breach of fiduciary duty, by Candy Arenibas, personally Unknown Nature of claim Breach of Contract/Conversion Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 14 | Negligence claim against Ed Fleming/Andy Abraham of Burch and Cracchiolo Unknown Nature of claim Civil Amount requested $10,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 15 | Theft, burglary, conversion, larceny, against Ryder Davis Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |

| Case No.: | 20-10911-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CALES & FITZGERALD PLLC | Date Filed (f) or Converted (c): | 03/12/2021 (c) |
| For the Period Ending: | 9/12/2022 | §341(a) Meeting Date: | 04/19/2021 |
| | | Claims Bar Date: | 05/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Theft, burglary, conversion, larceny, against Philip Broadus Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 17 | Theft, burglary, conversion, larceny, against Bailey Broadus Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 18 | Theft, burglary, conversion, larceny, against Christian Broadus Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 19 | Theft, burglary, conversion, larceny, against James Broadus Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 20 | Theft, burglary, conversion, larceny, against Dane Rasmussen Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 21 | Theft, burglary, conversion, larceny, against Matt Churchill Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 22 | Theft, burglary, conversion, larceny, against Mark Manheimer Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 23 | Theft, burglary, conversion, larceny, against Taylor Rico Unknown Nature of claim Civil Amount requested $15,000,000.00 | Unknown | $0.00 | | $0.00 | FA |
| 24 | Kelli Nasser Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included in Settlement (Asset No. 55) | | | | | |
| 25 | Ashley Walton Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included in Settlement (Asset No. 55) | | | | | |
| 26 | Othman Mjahed Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included in Settlement (Asset No. 55) | | | | | |
| 27 | Annette Ronne Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included in Settlement (Asset No. 55) | | | | | |

| Case No.: | 20-10911-DPC | Trustee Name: | Dina L. Anderson |
| Case Name: | CALES & FITZGERALD PLLC | Date Filed (f) or Converted (c): | 03/12/2021 (c) |
| For the Period Ending: | 9/12/2022 | §341(a) Meeting Date: | 04/19/2021 |
| | | Claims Bar Date: | 05/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | Ashley E McCown Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 29 | Bobbie Mutsaers Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 30 | Carl Hess Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 31 | Carla Jones Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 32 | Christine P Ollive Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 33 | Cody D Fulp Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 34 | Demetrio Mamani Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 35 | Eman F Kirolos Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 36 | Gina Skalicky Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 37 | John J Cano Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 38 | John Moltz Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 39 | Joshua Haslam Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 40 | Kimberly Sabow Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 41 | Kristen Smith Accounts Receivable Unknown Nature of claim Civil Amount requested $0.00 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 42 | Lisa M. Wright Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |

| Case No.: | 20-10911-DPC | Trustee Name: | Dina L. Anderson |
| Case Name: | CALES & FITZGERALD PLLC | Date Filed (f) or Converted (c): | 03/12/2021 (c) |
| For the Period Ending: | 9/12/2022 | §341(a) Meeting Date: | 04/19/2021 |
| | | Claims Bar Date: | 05/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 43 | Lori Anderson Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 44 | Marisa L Moore Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 45 | Marlana Keiper Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 46 | Mary E Grondahl Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 47 | Melanie Comer Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 48 | Nancy E Bernard Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 49 | Robert Lemke Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 50 | Shaun Rudgear Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 51 | Sylvester Wojtowicz Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 52 | Tom B Lovejoy Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 53 | Britt Coyle Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 54 | Gross revenues of Gloria L. Cales PC from September 27, 2018 to present | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in Settlement (Asset No. 55) | | | | | |
| 55 | Settlement with Cales, Davis, and Byline Bank (u) | $0.00 | $315,000.00 | | $315,000.00 | FA |
| Asset Notes: | Order Granting Motion to Approve Settlement with Cales, Davis, and Byline Bank at DE 226 (01/18/22); this is a global settlement between Debtor, Cales and Byline Bank. Fitzgerald's objection was resolved via stipulation. Settlement relates to all rights, claims and interests held by debtor including but not limited to Asset Nos 1, 3-5, 24-54. | | | | | |

| Case No.: | 20-10911-DPC | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | CALES & FITZGERALD PLLC | Date Filed (f) or Converted (c): | 03/12/2021 (c) |
| For the Period Ending: | 9/12/2022 | §341(a) Meeting Date: | 04/19/2021 |
| | | Claims Bar Date: | 05/21/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 56 | Office fixtures: security system $500, video system $200, file room shelving $300, kitchen counter $100, large conference credenza $200, two drinking fountains $500, receptionist desk $2000, dishwasher $100 | $3,900.00 | $3,900.00 | | $0.00 | FA |
| Asset Notes: | This asset was scheduled but inadvertently wasn't imported into software when assets were originally imported. That is why this asset is out of order. | | | | | |

**TOTALS (Excluding unknown value)**  
$1,483,388.17   $325,880.00   $315,000.00   **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
09/16/2022   TDR submitted to USTO on 09/16/22

| Initial Projected Date Of Final Report (TFR): | 10/19/2022 | Current Projected Date Of Final Report (TFR): | 10/19/2022 | /s/ DINA L. ANDERSON |
|---|---|---|---|---|
| | | | | DINA L. ANDERSON |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1  Exhibit 9

| | |
|---|---|
| Case No. | 20-10911-DPC |
| Case Name: | CALES & FITZGERALD PLLC |
| Primary Taxpayer ID #: | **-***6603 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 9/29/2020 |
| For Period Ending: | 9/12/2022 |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0911 |
| Account Title: | |
| Blanket bond (per case limit): | $24,320,024.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/21/2022 | (55) | Gloria L Cales/Clint D Davis | Settlement Payment | 1249-000 | $315,000.00 | | $315,000.00 |
| 01/25/2022 | 1001 | Byline Bank | Payment of secured claim pursuant to Order signed 01/18/22 | 4210-000 | | $157,500.00 | $157,500.00 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $153.12 | $157,346.88 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $229.45 | $157,117.43 |
| 03/17/2022 | 1002 | Guttilla Murphy Anderson, P.C. | Attorney fees per Order signed on 03/15/22 | 3110-000 | | $57,255.00 | $99,862.43 |
| 03/17/2022 | 1003 | Guttilla Murphy Anderson, P.C. | Attorney expenses per Order signed on 03/15/22 | 3120-000 | | $460.35 | $99,402.08 |
| 03/25/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $99,402.08 | $0.00 |
| | | | TOTALS: | | $315,000.00 | $315,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $99,402.08 | |
| | | | Subtotal | | $315,000.00 | $215,597.92 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $315,000.00 | $215,597.92 | |

| For the period of 9/29/2020 to 9/12/2022 | | For the entire history of the account between 01/21/2022 to 9/12/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $315,000.00 | Total Compensable Receipts: | $315,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $315,000.00 | Total Comp/Non Comp Receipts: | $315,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $215,597.92 | Total Compensable Disbursements: | $215,597.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $215,597.92 | Total Comp/Non Comp Disbursements: | $215,597.92 |
| Total Internal/Transfer Disbursements: | $99,402.08 | Total Internal/Transfer Disbursements: | $99,402.08 |

| Case No. | 20-10911-DPC | | Trustee Name: | Dina L. Anderson |
|---|---|---|---|---|
| Case Name: | CALES & FITZGERALD PLLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6603 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/29/2020 | | Blanket bond (per case limit): | $24,320,024.00 |
| For Period Ending: | 9/12/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $99,402.08 | | $99,402.08 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $160.40 | $99,241.68 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $154.98 | $99,086.70 |
| 07/29/2022 | 6001 | Dina L. Anderson | Trustee Compensation | 2100-000 | | $19,000.00 | $80,086.70 |
| 07/29/2022 | 6002 | Dina L. Anderson | Trustee Expenses | 2200-000 | | $53.06 | $80,033.64 |
| 07/29/2022 | 6003 | ALLAN NEWDELMAN | Claim #: ; Distribution Dividend: 79.05%; Account Number: ; | 6210-000 | | $43,808.65 | $36,224.99 |
| 07/29/2022 | 6004 | Stinson LLP | Claim #: 7; Distribution Dividend: 79.05%; Account Number: No Acct # Provided; | 6700-000 | | $36,224.99 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $99,402.08 | $99,402.08　$0.00 |
| Less: Bank transfers/CDs | $99,402.08 | $0.00 |
| Subtotal | $0.00 | $99,402.08 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $0.00 | $99,402.08 |

| For the period of  9/29/2020 to 9/12/2022 | | For the entire history of the account between 03/25/2022 to 9/12/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $99,402.08 | Total Internal/Transfer Receipts: | $99,402.08 |
| | | | |
| Total Compensable Disbursements: | $99,402.08 | Total Compensable Disbursements: | $99,402.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $99,402.08 | Total Comp/Non Comp  Disbursements: | $99,402.08 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

| Case No. | 20-10911-DPC | | Trustee Name: | Dina L. Anderson |
|---|---|---|---|---|
| Case Name: | CALES & FITZGERALD PLLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6603 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/29/2020 | | Blanket bond (per case limit): | $24,320,024.00 |
| For Period Ending: | 9/12/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $315,000.00 | $315,000.00 | $0.00 |

**For the period of 9/29/2020 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $315,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $315,000.00 |
| Total Internal/Transfer Receipts: | $99,402.08 |
| | |
| Total Compensable Disbursements: | $315,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $315,000.00 |
| Total Internal/Transfer Disbursements: | $99,402.08 |

**For the entire history of the case between 03/12/2021 to 9/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $315,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $315,000.00 |
| Total Internal/Transfer Receipts: | $99,402.08 |
| | |
| Total Compensable Disbursements: | $315,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $315,000.00 |
| Total Internal/Transfer Disbursements: | $99,402.08 |

/s/ DINA L. ANDERSON

DINA L. ANDERSON